IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHAUNA OKOJIE, | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-00654 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| METROPOLITAN NASHVILLE | ) |
| HOSPITAL AUTHORITY d/b/a | ) |
| NASHVILLE GENERAL HOSPITAL, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment (Doc. No. 22) is **GRANTED,** and the Motion to Strike (Doc. No. 34) is **DENIED**. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE